

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

JOHN CHRISTENSEN

Plaintiff,

V.

GRAVANO, MATTREY & MAYNER, LLC

Defendant.

Civil Action No.   12-CV-1349W-MDD

**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Plaintiff's motion for default judgment and Orders as follows against Defendants: Plaintiff is awarded $2,000 in statutory damages, and $5,000 in actual damages. Plaintiff is awarded $4,926.50 in attorneys' fees, and $482.80 in costs.

Date:   1/9/14

CLERK OF COURT
JOHN MORRILL, Acting Clerk of Court

By:  s/  D. Gilbert

D. Gilbert, Deputy